DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANNON KATSENOS,**
Appellant,

v.

**GEORGE KATSENOS,**
Appellee.

No. 4D2025-2710

[April 2, 2026]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elaine Carbuccia, Judge; L.T. Case No. 062024DR018806AXXXCE.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellant.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***